UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 20-cv-03345-NYW-STV

MARIA MONTOYA,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS, and
DEAN WILLIAMS in his official capacity as Executive Director of the Colorado Department of Corrections,

    Defendants.

## DECLARATION OF ASHLEY LOUGHRAN

    I, Ashley Loughran, declare under penalty of perjury under the laws of the United States that the matters set forth herein are true and correct to the best of my knowledge:

    1.    I am employed by the Colorado Department of Corrections ("CDOC") as a Case Manager at Denver Women's Correctional Facility ("DWCF").

    2.    As part of my job responsibilities, I act as case manager for inmates within DWCF and my duties include case management services to assist offenders in preparing for eventual release to independent responsible community living and/or monitor progress for those recently transitioning into community living. I regularly meet with inmates to perform my case management duties. I also assist inmates with linking to programs and services within the facility that address critical needs, such as vocational, educational, medical or mental health issues, substance abuse, cognitive behavioral issues, and offense specific treatment. I collect and evaluate information to determine custody levels and programming needs, develop individual case planning through completion of assessments, monitor and document inmate behaviors, and



provide individual guidance to the inmates. I also assist in determining earned time grants, developing community corrections referrals, and facilitating pertinent document submission. I act as the primary contact and source of information for facility administration, central administration, the Parole Board, outside agencies, attorneys, families, victims, and inmates.

3. I was the Case Manager for Plaintiff Maria Montoya from September 21, 2018, until August 17, 2022.

4. On August 17, 2022, Ms. Montoya was released from incarceration at DWCF without parole.

5. While I was Ms. Montoya's Case Manager, I saw her approximately once per month for meetings. This varied depending on the month, and in some months, I saw Ms. Montoya two to three times in the month.

6. During my meetings with Ms. Montoya, her OCA accompanied her and was physically present for the meetings.

7. While Ms. Montoya was incarcerated at DWCF, she was assigned to an ADA accessible cell.

8. I processed Ms. Montoya's grievances.

9. I personally gave Ms. Montoya every grievance response because Ms. Montoya had to sign the grievance responses acknowledging their receipt.

10. Ms. Montoya was approved for an OCA to assist her with reading.

11. Vocational programming openings are available to be printed out in the DWCF library. Additionally, inmates, including Ms. Montoya can ask their Case Manager about vocational program openings.

12. Ms. Montoya worked as a porter while she was incarcerated at DWCF.

13. I inform inmates who are assigned to me about the educational programming courses offered at DWCF when I first meet them. Inmates can also ask me about the availability of educational courses at DWCF.

14. If an inmate requests to take a class, I encourage them to send a "kite," which is a written communication in the prison setting, to the educational course instructor and I will also send an email to the course instructor. Generally, the instructor will then place the inmate on a wait list.

15. No inmates are guaranteed that they will be able to take a specific course at DWCF.

16. Inmates can request policies, including Administrative Regulations, to be printed out at the DWCF library.

17. I have also personally given Ms. Montoya a copy of CDOC's Administrative Regulations.

18. I can print out an inmate's bank account summary or statement at the inmate's request.

This Declaration is made upon my personal knowledge.

_____
Ashley Loughran