IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03345-NYW-STV

MARIA MONTOYA,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS, and
DEAN WILLIAMS, in his official capacity as Executive Director of the Colorado Department of Corrections,

    Defendants.

___

## FINAL JUDGMENT
___

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Memorandum Opinion and Order of United States District Judge Nina Y. Wang entered on December 8, 2022 [Doc. 118], it is

    ORDERED that this case is DISMISSED without prejudice pursuant to D.C.COLO.LCivR 41.1 and Fed. R. Civ. P. 41(b) for failure to prosecute, failure to comply with the Local Rules, and failure to comply with a Court order.  It is

    FURTHER ORDERED that Defendants' Motion for Summary Judgment [Doc. 111] is DENIED as moot.  It is

    FURTHER ORDERED that final judgment is hereby entered in favor of Defendants Colorado Department of Corrections and Dean Williams and against Plaintiff Maria Montoya.  It is

    FURTHER ORDERED that this case is terminated.

Dated at Denver, Colorado this 8th day of December, 2022.

        FOR THE COURT:
        JEFFREY P. COLWELL, CLERK

        By: s/Emily Buchanan
        Emily Buchanan, Deputy Clerk